United States District Court
Northern District of New York

# JUDGMENT

**GRJH, INC.**

                    Appellant

           VS.                              1:07-CV-337 (NAM)

**WILLIAM M. MCCARTHY, Chapter 7 Trustee**

                    Appellee

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Order of Hon. Robert E. Littlefield, Jr., United States Bankruptcy Judge dated 2/5/2007 is affirmed and the appeal is dismissed.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 30th day of January, 2008.


**JANUARY 31, 2008**                    **LAWRENCE K. BAERMAN**

**DATE**                                 **CLERK OF COURT**

                                         **s/**

                                         **JOANNE BLESKOSKI**
                                         **DEPUTY CLERK**